UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALVIN ADONY MARIANO ESPINOZA, et al., individually and on behalf of others similarly situated,

                Plaintiffs,

against

EURO DESIGN AND STONE LLC, d/b/a EURO DESIGN AND STONE, et al.,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 4381 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

In light of the Honorable Jesse M. Furman's referral (ECF No. 13), a settlement conference is scheduled for Thursday, August 6, 2020 at 10:00 am in Courtroom 18A, 500 Pearl Street, New York, New York (the "Settlement Conference").  Plaintiffs have filed affidavits of service which evidence that Defendants' time to answer the complaint has passed.  (ECF Nos. 1516, 18).  Defendants have neither answered the complaint nor appeared in this action.  Accordingly, by **Monday, August 3, 2020**, Plaintiffs are directed to file a letter stating whether they have received any communication from Defendants regarding their intent to participate in the Settlement Conference.

Dated:     New York, New York
             July 31, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge