UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALVIN ADONY MARIANO ESPINOZA, et al., individually and on behalf of others similarly situated,

                                      Plaintiffs,

against

EURO DESIGN AND STONE LLC, d/b/a EURO DESIGN AND STONE, et al.,

                                      Defendants.

CIVIL ACTION NO.: 20 Civ. 4381 (JMF) (SLC)

AMENDED SETTLEMENT CONFERENCE
SCHEDULING ORDER

**SARAH L. CAVE**, United States Magistrate Judge.

       Plaintiffs' Letter-Motion to adjourn (ECF No. 20) is GRANTED.  The Settlement Conference scheduled for August 6, 2020 is adjourned to **Monday, September 14, 2020, at 10:00 am, with submissions due by Tuesday, September 8, 2020**.  At the parties' request, the Settlement Conference will now be held remotely via the Court's conference line.  At the scheduled date and time, the parties are directed to call the Court's conference line at 866-390-1828, access code 3809799.  All counsel who intend to speak during the call must use a landline or phone with equivalent quality.  On receipt of this order, each party is directed to ensure that all other parties on the case are aware of the conference date and time.

       The Clerk of Court is respectfully directed to close ECF No. 20.

Dated:      New York, New York
               August 5, 2020

                                                       SO ORDERED

                                                       **SARAH L. CAVE**
                                                       **United States Magistrate Judge**