# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165  
_____

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

gnaydenskiy@faillacelaw.com

September 8, 2020

**Via ECF**  
Honorable Sarah L. Cave  
United States Magistrate Judge  
United States Courthouse  
500 Pearl Street,  
New York, NY 10007

Re:  Espinoza et al v. Euro Design and Stone LLC et al  
20-cv-04381-JMF

Your Honor:

We represent the Plaintiffs in the above titled matter. We write to respectfully request the settlement conference be adjourned *sine die*. None of the defendants have appeared in this matter and Plaintiffs will be moving for default judgment. Therefore, we respectfully request the settlement conference scheduled for September 14, 2020 be adjourned *sine die*.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

/s/ Gennadiy Naydenskiy  
Gennadiy Naydenskiy

---

Plaintiffs' Letter-Motion (ECF No. 24) is GRANTED. The Settlement Conference scheduled for September 14, 2020 is adjourned sine die. The Clerk of Court is respectfully directed to close ECF No. 24.

SO-ORDERED 9/9/2020

_____  
SARAH L. CAVE  
United States Magistrate Judge

*Certified as a minority-owned business in the State of New York*