# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165
_____

gnaydenskiy@faillacelaw.com

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

January 4, 2020

**Via ECF**
Honorable Sarah L. Cave
United States Magistrate Judge
500 Pearl Street,
New York, NY 10007

Re:  Espinoza et al v. Euro Design and Stone LLC et al
     20-cv-04381-JMF

Your Honor:

We represent the Plaintiffs in the above titled matter. We write to respectfully request an adjournment of the settlement conference *sine die*. Defendants have not appeared or answered. Therefore, we respectfully request the January 6, 2021 settlement conference be adjourned *sine die*.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

/s/ Gennadiy Naydenskiy
Gennadiy Naydenskiy

---

Plaintiffs' Letter-Motion requesting an adjournment of the January 6, 2021 Settlement Conference (ECF No. 42) is GRANTED and the upcoming Settlement Conference is ADJOURNED sine die.

The Clerk of Court is respectfully directed to close ECF No. 42.

SO-ORDERED 1/5/2021

_____
SARAH L. CAVE
United States Magistrate Judge

*Certified as a minority-owned business in the State of New York*