```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                        :
CALVIN ADONY MARIANO ESPINOZA et al.,                   :
                                                        :
                              Plaintiffs,               :    20-CV-4381 (JMF)
                                                        :
              -v-                                       :         ORDER
                                                        :
EURO DESIGN AND STONE LLC et al.,                       :
                                                        :
                              Defendants.               :
                                                        :
-----------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      In the Court's view, the email correspondence with a process serving company and a purported photograph of a drop box at the New Jersey Department of Revenue, Division of Revenue and Enterprise Services, ECF No. 52-1, do not suffice to establish that service by mail bin delivery was proper.  *See* ECF No. 41.  At minimum, Plaintiffs should submit an enactment, publication, or communication from the New Jersey Department of Revenue itself indicating that such service complies with its protocols during the COVID-19 pandemic.  Alternatively, the cited email correspondence indicated that upon service by certified mail, the New Jersey Department of Revenue will return proof of service, which may be preferable.

      SO ORDERED.

Dated: January 20, 2021
      New York, New York
                                                       JESSE M. FURMAN
                                             United States District Judge