UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
CALVIN ADONY MARIANO ESPINOZA et al.,            :
:
                      Plaintiffs,            :      20-CV-4381 (JMF)
:
            -v-            :         ORDER
:
EURO DESIGN AND STONE LLC et al.,            :
:
                      Defendants.            :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Defendants Robert Lala and Salih Ozen filed letters advising that they will rely on their previously filed motions to dismiss. ECF Nos. 78-79. Unless and until the Court orders otherwise, and consistent with the Court's April 20, 2021 Order, ECF No. 77, Plaintiffs shall serve and file **a single, consolidated opposition** to Lala and Ozen's previously filed motions to dismiss, ECF Nos. 56-57, and to any motion to dismiss filed by Euro Design and Stone, LLC, **within fourteen days** of the date by which Euro Design and Stone, LLC must file its answer or motion to dismiss — that is, within thirty-five days of Plaintiffs' filing of proof of proper service on Euro Design and Stone, LLC. Any reply or replies shall be filed **within fourteen days** of Plaintiffs' opposition deadline. Per the Court's prior Order, Defendants will receive letters from Plaintiffs confirming the date by which they must file any reply. *See* ECF No. 77.

       The Clerk of Court is directed to mail a copy of this Order to the *pro se* individual Defendants, Lala and Ozen.

       SO ORDERED.

Dated: April 21, 2021
       New York, New York                          _____
                                                               JESSE M. FURMAN
                                                         United States District Judge