UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
:
CALVIN ADONY MARIANO ESPINOZA et al., :
:
Plaintiffs, : 20-CV-4381 (JMF)
:
-v- : ORDER
:
EURO DESIGN AND STONE LLC et al., :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On May 14, 2021, the Court ordered Plaintiffs to show cause in writing no later than May 25, 2021, why they had not filed proof of proper service on Defendant Euro Design and Stone LLC within the 90-day period prescribed by Rule 4(m) of the Federal Rules of Civil Procedure. *See* ECF No. 81. The Court warned Plaintiffs that if they failed to communicate with the Court by that deadline, the Court would dismiss their claims against Euro Design and Stone LLC without further notice for failure to serve by the relevant deadline and/or failure to prosecute. To date, Plaintiffs have not complied with the Court's Order. Accordingly, Plaintiffs' claims against Euro Design and Stone LLC are hereby DISMISSED without prejudice pursuant to Rule 4(m).

Plaintiffs shall file a single, consolidated a single, consolidated opposition to Defendants Robert Lala and Salih Ozen's previously filed motions to dismiss, ECF Nos. 56-57, no later than **June 9, 2021.** Defendants shall file any reply or replies no later than **June 23, 2021.**

The Clerk of Court is directed to terminate Euro Design and Stone LLC as a party and to mail a copy of this Order to the *pro se* Defendants, Robert Lala and Salih Ozen.

SO ORDERED.

Dated: May 26, 2021            _____
       New York, New York                  JESSE M. FURMAN
                                       United States District Judge