UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
CALVIN ADONY MARIANO ESPINOZA et al.,                             :
                                                                  :
                              Plaintiffs,                         :   20-CV-4381 (JMF)
                                                                  :
               -v-                                                :   <u>ORDER</u>
                                                                  :
EURO DESIGN AND STONE LLC et al.,                                 :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As the Court reminded the parties in its Orders of September 24, 2021, and September 27, 2021, *see* ECF Nos. 99, 100, the parties were required to file their proposed case management plan **and** a joint letter addressing certain topics set forth in the Court's Order of June 11, 2020, no later than September 30, 2021. To date, the Court has not received the parties' joint letter. As a courtesy, the deadline is hereby extended, *nunc pro tunc*, to **October 4, 2021, at 12:00 p.m.** Failure to comply with this Order may result in sanctions.

      SO ORDERED.

Dated: October 1, 2021
      New York, New York
                                              JESSE M. FURMAN
                                           United States District Judge