UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
CALVIN ADONY MARIANO ESPINOZA et al.,          :
:
                 Plaintiffs,          :          20-CV-4381 (JMF)
:
  -v-          :          <u>ORDER</u>
:
EURO DESIGN AND STONE LLC et al.,          :
:
                 Defendants.          :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On November 9, 2021, counsel for SALIH OZEN and ROBERT LALA, EMRE POLAT, ESQ., filed a motion to withdraw as defense counsel. *See* ECF No. 111. By **November 12, 2021**, defense counsel shall serve (1) the motion and any supporting documents and (2) a copy of this Order on his/her/their clients, and by **November 12, 2021**, file proof of such service on the docket. *See* S.D.N.Y. Local Rule 1.4.

      Any opposition to the motion to withdraw shall be filed by **November 17, 2021**; any reply shall be filed by **November 22, 2021**. Unless and until the Court grants the motion, EMRE POLAT, ESQ., remains counsel of record, and discovery shall proceed as scheduled. If Defendants have secured new counsel, new counsel shall promptly enter a notice of appearance to ensure a smooth transition of counsel in the event that the motion to withdraw is granted.

      SO ORDERED.

Dated: November 10, 2021
       New York, New York                        _____
                                                    JESSE M. FURMAN
                                            United States District Judge