# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510            Telephone: (212) 317-1200
New York, New York 10165                Facsimile: (212) 317-1620
ramsha@csm-legal.com

July 27, 2022

**VIA ECF**
Magistrate Judge Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

       Re:     <u>Espinoza et al v. Euro Design and Stone LLC et al</u>
                  Index No. 1:20-cv-04381

Your Honor:

     This office represents Plaintiffs in the above referenced matter. This letter is written jointly with Defendant to respectfully request an extension of time to submit the settlement agreement and materials concerning the fairness of the settlement from July 28, 2022 to August 11, 2022. The parties have finalized the terms of the settlement agreement and need additional time to execute the agreement. This is the first such request.

     We thank the Court for the time and attention devoted to this matter.

                                             Respectfully Submitted,

                                             /s/ Ramsha Ansari
                                             Ramsha Ansari, Esq.

cc:     All counsel (VIA ECF)

        Salih Ozen
        Via Email: salih@stonetechindustries.com

---

Parties letter-motion seeking an extension of time to submit the settlement agreement and materials concerning fairness (the "Settlement Submissions") (ECF No. 132) is GRANTED, and the parties shall file the Settlement Submissions by **Thursday, August 11, 2022**.

The Clerk of Court is respectfully directed to close ECF No. 132.

SO ORDERED 07/27/22

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge

---

*Certified as a minority-owned business in the State of New York*