# CSM Legal, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620
ramsha@csm-legal.com

August 24, 2022

**VIA ECF**

Magistrate Judge Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

　　　　　　Re:　Espinoza et al v. Euro Design and Stone LLC et al
　　　　　　　　　Index No. 1:20-cv-04381

Your Honor:

　　　　This office represents Plaintiffs in the above referenced matter. This letter is written jointly with Defendant to respectfully request an extension of time to submit the settlement agreement and materials concerning the fairness of the settlement from August 25, 2022 to September 8, 2022. While some Plaintiffs have signed the settlement agreement, Plaintiff's counsel needs additional time for the remaining Plaintiffs to execute the agreement. More specifically, this office has been unable to reach some of the Plaintiffs in the matter. This office continues to make diligent efforts to resolve the matter. This is the third such request.

　　　　We thank the Court for the time and attention devoted to this matter.

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Ramsha Ansari
　　　　　　　　　　　　　　　　　　　　　Ramsha Ansari, Esq.

cc:　All counsel (VIA ECF)

　　　Salih Ozen
　　　Via Email: salih@stonetechindustries.com

---

Parties letter-motion seeking an extension of time to submit the settlement agreement and materials concerning fairness (the "Settlement Submissions") (ECF No. 136) is GRANTED, and the parties shall file the Settlement Submissions by **Thursday, September 8, 2022**.

The Clerk of Court is respectfully directed to close ECF No. 136.

SO ORDERED 08/25/22

SARAH L. CAVE
United States Magistrate Judge

---

*Certified as a minority-owned business in the State of New York*