UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALVIN ADONY MARIANO ESPINOZA, et al.,

Plaintiffs,

-v-

EURO DESIGN AND STONE LLC, et al.,

Defendants.

CIVIL ACTION NO.: 20 Civ. 4381 (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Pursuant to the telephonic status conference held today, September 28, 2022, by **Friday, October 7, 2022,** Plaintiffs' counsel shall file (i) a motion to withdraw as counsel for certain Plaintiffs in this action (the "Motion") and (ii) proof of service of the Motion on all plaintiffs. The Motion shall be supported by a declaration of Plaintiffs' counsel attesting to efforts to communicate with Plaintiffs regarding the proposed settlement of this action.

Dated:    New York, New York
          September 28, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**