UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALVIN ADONY MARIANO ESPINOZA, et al.,

                    Plaintiffs,

-v-

EURO DESIGN AND STONE LLC, et al.,

                    Defendants.

CIVIL ACTION NO.: 20 Civ. 4381 (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

The Court is in receipt of Attorneys Ramsha Ansari and Catalina Sojo's motion to withdraw as counsel for Plaintiffs Jose Galvez, Jose Hernandez, Cristian Mendez, Miguel Gonzalez, and Monica Mejia (collectively, the "Delinquent Plaintiffs").  (See ECF No. 145).  By **Friday, October 14, 2022**, the Delinquent Plaintiffs shall advise the Court whether they intend to secure legal representation, or alternatively, litigate the case pro se.  By **Tuesday, October 11, 2022**, Plaintiffs' counsel shall file proof of service of **this Order** on the Delinquent Plaintiffs.

**Failure to comply with this Order may result in dismissal of the Delinquent Plaintiffs for failure to prosecute.**  See Fed. R. Civ. P. 16(f); 37(b)(2)(A)(v); 41(b).

Dated:     New York, New York
            October 6, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**