UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CALVIN ADONY MARIANO ESPINOZA, et al.,<br><br>                                    Plaintiffs,<br>   -v-<br><br>EURO DESIGN AND STONE LLC, et al.,<br><br>                                    Defendants. | CIVIL ACTION NO.: 20 Civ. 4381 (SLC)<br><br>**ORDER** |

**SARAH L. CAVE**, United States Magistrate Judge.

By **Wednesday, October 26, 2022**, the parties shall file a joint status letter, no longer than three pages, with a proposal for proceeding with the case (the "Letter"). To the extent the parties cannot agree on a proposal, they may set forth in the Letter their respective positions following which the Court will assess the need for a status conference.

Dated:     New York, New York           SO ORDERED.
           October 19, 2022

                                        _____
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**