# CSM Legal, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510             Telephone: (212) 317-1200
New York, New York 10165                 Facsimile: (212) 317-1620
ramsha@csm-legal.com

October 26, 2022

**VIA ECF**
Magistrate Judge Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

         Re:     Espinoza et al v. Euro Design and Stone LLC et al
                   Index No. 1:20-cv-04381

Your Honor:

      This office represents Plaintiffs in the above referenced matter. This letter is written jointly with Defendant Salih Ozen to respectfully request an extension of time to file a joint status letter from October 26, 2022 to November 2, 2022. The reason for this request is because the undersigned counsel needs additional time to confer with the Plaintiffs regarding the posture of the case. This is the first such request.

      We thank the Court for the time and attention devoted to this matter.

                                            Respectfully Submitted,

                                            /s/ Ramsha Ansari
                                            Ramsha Ansari, Esq.

cc:      All counsel (VIA ECF)

         Salih Ozen
         Via Email: salih@stonetechindustries.com

---

Plaintiffs' letter-motion seeking an extension of time to file a status letter (ECF No. 151) is GRANTED.  By **Wednesday, November 2, 2022**, the parties shall file a joint status letter, no longer than three pages, with a proposal for proceeding with the case (the "Letter"). To the extent the parties cannot agree on a proposal, they may set forth in the Letter their respective positions following which the Court will assess the need for a status conference.

The Clerk of Court is respectfully directed to close ECF No. 151.

SO ORDERED 10/26/22

                                                                SARAH L. CAVE
                                                                United States Magistrate Judge