# CSM Legal, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510    Telephone: (212) 317-1200
New York, New York 10165    Facsimile: (212) 317-1620
ramsha@csm-legal.com

December 14, 2022

**VIA ECF**
Magistrate Judge Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:    Espinoza et al v. Euro Design and Stone LLC et al
Index No. 1:20-cv-04381

Your Honor:

This office represents Plaintiffs in the above referenced matter. This letter is written to respectfully request an extension of time to file a status report from December 15, 2022 to December 20, 2022. There has been a recent development in the settlement negotiations that the undersigned counsel has not been able to communicate with the pro se defendant despite attempts to contact him. Therefore, the undersigned counsel believes it will be more productive to file a status report in a few days.

We thank the Court for the time and attention devoted to this matter.

Respectfully Submitted,

/s/ Ramsha Ansari
Ramsha Ansari, Esq.

---

Plaintiffs' letter-motion seeking an extension of time to file a status letter regarding the status of settlement discussions (the "Status Letter") (ECF No. 159) is GRANTED. By **Tuesday, December 20, 2022**, the parties shall file the Status Letter.

The Clerk of Court is respectfully directed to close ECF No. 159.

SO ORDERED 12/15/22

SARAH L. CAVE
United States Magistrate Judge

---

*Certified as a minority-owned business in the State of New York*