# CSM Legal, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165  
ramsha@csm-legal.com

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

December 20, 2022

**VIA ECF**

Magistrate Judge Sarah L. Cave  
Daniel Patrick Moynihan Courthouse  
500 Pearl Street  
New York, New York 10007

Re: Espinoza et al v. Euro Design and Stone LLC et al  
Index No. 1:20-cv-04381

Your Honor:

This office represents Plaintiffs in the above referenced matter. This letter is written to respectfully request that status report due on December 20, 2022 be filed under seal. The reason for this request is because the status report details attorney client communications and other confidential information.

We thank the Court for the time and attention devoted to this matter.

Respectfully Submitted,

/s/ Ramsha Ansari  
Ramsha Ansari, Esq.

---

Plaintiff's letter-motion seeking to file their status letter under seal (ECF No. 161) is GRANTED. The Clerk of Court is respectfully directed to (i) seal the document at ECF No. 162 which shall remain visible only to Plaintiffs' counsel, and (ii) close ECF No. 161.

By **Tuesday, January 3, 2023**, the parties shall file a joint letter regarding the status of their settlement discussions.

SO ORDERED 12/20/22

SARAH L. CAVE  
United States Magistrate Judge

---

*Certified as a minority-owned business in the State of New York*