# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620
ramsha@csm-legal.com

December 21, 2022

**VIA ECF**

Magistrate Judge Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

　　　　　　Re:　<u>Espinoza et al v. Euro Design and Stone LLC et al</u>
　　　　　　　　　Index No. 1:20-cv-04381

Your Honor:

　　　　This office represents Plaintiffs in the above referenced matter. This letter is written to respectfully request an extension of time to file a status report from January 3, 2023 to January 13, 2023. The reason for this request is because the undersigned counsel will be out of the office traveling overseas from December 21, 2022 and returning on January 9, 2023. This is the first such request.

　　　　We thank the Court for the time and attention devoted to this matter.

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Ramsha Ansari
　　　　　　　　　　　　　　　　　　　　　Ramsha Ansari, Esq.

---

Plaintiffs' letter-motion seeking an extension of time to file a joint letter regarding the status of settlement discussions (the "Status Letter") (ECF No. 164) is GRANTED, and the parties shall file the Status Letter by **Friday, January 13, 2023.**

The Clerk of Court is respectfully directed to close ECF No. 164.

SO ORDERED 12/21/22

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge

---

*Certified as a minority-owned business in the State of New York*