# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510     Telephone: (212) 317-1200
New York, New York 10165     Facsimile: (212) 317-1620
ramsha@csm-legal.com

April 14, 2023

**VIA ECF**

Magistrate Judge Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>Espinoza et al v. Euro Design and Stone LLC et al</u>
             Index No. 1:20-cv-04381

Your Honor:

    This office represents Plaintiffs in the above referenced matter. This letter is written jointly with Defendant to respectfully request an extension of time to submit the revised settlement agreement from April 17, 2023 to April 27, 2023. The reason for this request is because this office needs additional time for three of the Plaintiffs to sign the revised settlement agreement.

    We thank the Court for the time and attention devoted to this matter.

                                                                          Respectfully Submitted,

                                                                     /s/ Ramsha Ansari
                                                                     Ramsha Ansari, Esq.

cc:    All counsel (VIA ECF)

      Salih Ozen
      Via Email: eurodecorllc@gmail.com

---

The parties' request at ECF No. 176 is GRANTED. By **April 27, 2023**, the the parties shall revise, re-execute, and re-file an amended agreement that cures the deficiencies identified in the Court's March 23, 2023 Order (ECF No. 171).

The Clerk of Court is respectfully directed to close ECF No. 176.

SO ORDERED     4/14/2023

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge

---

*Certified as a minority-owned business in the State of New York*