**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CALVIN ADONY MARIANO ESPINOZA, CESAR GUERRERO, EDWIN FABRICIO CASHABAMBA TUBON, JUAN MAURICIO GUZMAN, MELVIN JAVIER AGUILAR, MOISES MORALES FELIPE, RAMON ROSALES GALVEZ, RONALD AGUILAR, JIMMY AGUILAR, ARNOL GARCIA, MARVIN AMADOR, PORFIRIO PEREZ ROSARIO, LARRLY GREEN CRISANTO, RAMON RUIZ, and WALTER AGUILAR, *individually and on behalf of others similarly situated,*

        *Plaintiffs,*

-against-

EURO DESIGN AND STONE LLC (D/B/A EURO DESIGN AND STONE), SALIH OZEN A.K.A. KADIR OZEN, and ROBERT LALA,

        Defendants.

**Case No.:** 20-cv-4381

**SETTLEMENT AGREEMENT**
**AND**
**RELEASE**

---

    This Settlement Agreement and Release of Claims ("Agreement") is entered into by and among Plaintiffs CALVIN ADONY MARIANO ESPINOZA, CESAR GUERRERO, EDWIN FABRICIO CASHABAMBA TUBON, JUAN MAURICIO GUZMAN, MELVIN JAVIER AGUILAR, MOISES MORALES FELIPE, RAMON ROSALES GALVEZ, RONALD AGUILAR, JIMMY AGUILAR, ARNOL GARCIA, MARVIN AMADOR, PORFIRIO PEREZ ROSARIO, LARRLY GREEN CRISANTO, RAMON RUIZ, and WALTER AGUILAR ("Plaintiffs"), on the one hand and Defendant SALIH OZEN A.K.A KADIR OZEN, ("Defendant") on the other hand.

    WHEREAS, Plaintiffs alleges that they worked for Defendant as employees; and

    WHEREAS, a dispute has arisen regarding Plaintiffs' alleged employment and the terms thereof, which dispute has resulted in the filing of an action in the United States District Court for the Southern District of New York District of New York, Civil Action No. 20-cv-4381 (hereinafter "the Litigation"), alleging, among other things, a violation of federal and state wage and hour and overtime laws;

    WHEREAS, Defendant denies all claims including but not limited to any violation of federal and state wage and hour and overtime laws; and

    WHEREAS, the parties desire to resolve all disputes between them without the necessity of further litigation;

1

NOW, THEREFORE, in consideration of the mutual covenants and promises herein contained and other good and valuable consideration, receipt of which is hereby acknowledged, it is hereby agreed as follows:

1.  Payment: Defendant shall pay or cause to be paid to Plaintiffs, subject to the terms and conditions of this Agreement, and as full, complete, and final settlement and final satisfaction of all claims Plaintiffs had against Defendant in the Litigation through the Effective Date of this Agreement, including all counsel fees and costs incurred by Plaintiffs, the gross sum of Forty One Thousand Five Hundred Dollars and Zero Cents (**$41,500.00)** (the "Settlement Amount"). Of this amount, $13,833.33 shall be apportioned to Plaintiffs' counsel as attorneys' fees and costs. The remaining $27,666.67 shall be apportioned to Plaintiffs as described in "Exhibit A."

    a.  The Settlement Amount shall be distributed in two (2) installments as follows:

        i.  Installment One: A check payable to CSM Legal, P.C. as attorneys for Plaintiffs in the amount of Twenty Thousand Seven Hundred Fifty Dollars and Zero Cents ($20,750.00) within 30 days ("Due Date") of Court approval of this Agreement.

        ii.  Installment Two: A check payable to CSM Legal, P.C. as attorneys for Plaintiffs in the amount of Twenty Thousand Seven Hundred Fifty Dollars and Zero Cents ($20,750.00) within 30 days of the payment in Para. 1(a)(i);

    b.  If no payment is made by the Defendant within a ten (10) day grace period, the Plaintiffs may claim default. However, the Defendant may cure such default without penalty of any kind within five (5) business days of receipt of notice of such default from Plaintiffs' counsel to be sent by e-mail to Defendant.

2.  Release and Covenant Not To Sue:  Plaintiffs hereby expressly waive, release, and forever discharge and covenant not to sue Defendant, and for each of them, their heirs, successors, assigns, affiliates, parent organizations, subsidiaries, directors, owners, shareholders, members, agents, attorneys, legal representatives  and managers any and all charges, complaints, claims, causes of action, suits, debts, liens, contracts, rights, demands, controversies, losses, costs and or expenses, including legal fees and any other liabilities of any kind or nature whatsoever, known or unknown, suspected or unsuspected, whether fixed or contingent (hereinafter referred to as "claim" or "claims") which Plaintiffs at any time has, had, claims or claimed to have against Defendant relating specifically to the claims in the Litigation that have occurred as of the Effective Date of this Agreement. Similarly, Defendant releases and discharge Plaintiffs from any and all known claims, and liabilities of any kind that they have, had, or claimed to have against Plaintiffs relating specifically to the claims in the Litigation that have occurred as of the Effective Date of this Agreement.

    a.  Plaintiffs represent that they have not filed any other lawsuit or any other wage and hour proceeding against the Defendant, except the Litigation released herewith. Plaintiffs also agree not to bring any wage and hour lawsuit or initiate any wage and hour proceeding for any claim waived in any paragraph of this

Agreement, and agrees, further, not to permit anyone else to do so on their behalf, to the maximum extent possible under applicable law.

3.      No Admission of Wrongdoing:      This Agreement and compliance with this Agreement shall not be construed as an admission by Defendant of any liability whatsoever, or of any violation of any statute, regulation, duty, contract, right or order.

4.      Modification of the Agreement:      This Agreement may not be changed unless the changes are in writing and signed by a proper representative of Plaintiffs and Defendant.

5.      Acknowledgments:    Plaintiffs acknowledge that they have been fully and fairly represented by counsel in this matter. Plaintiffs and Defendant acknowledge that they are not relying upon any statement, representation or promise in executing this Agreement except for statements, representations or promises expressly set forth in this Agreement. They further acknowledge and agree that the only consideration for signing this Agreement is as set forth in this Agreement.

6.      Notices:      Notices required under this Agreement shall be in writing, by email, and shall be deemed given upon electronic transmission thereof.  Notice hereunder shall be delivered, by email, to:

To Plaintiffs:

**Ramsha Ansari, Esq.**
CSM LEGAL, P.C.
60 East 42nd St. Suite 4510
New York, NY 10165
(212) 317-1200
Email: ramsha@csmlegal.com

To Defendant:

**Salih Ozen**
132 Midwood Road
Paramus, NJ 07652
Email: salih@stonetechindustries.com

7.      Governing Law:      This Agreement shall be governed by, and interpreted in accordance with, the laws of the State of New York, excluding the conflict-of-laws principles thereof.  The parties consent and stipulate to the personal jurisdiction of the United States District Court for the Southern District of New York and the Supreme Court of the State of New York in any subsequent proceeding to enforce this Agreement.

8.      Enforceability:      If any provision of this Agreement is held to be illegal, void, or unenforceable, such provision shall be of no force or effect. However, the illegality or unenforceability of such provision shall have no effect upon, and shall not impair the legality or enforceability of, any other provision of this Agreement.

9.      <u>Release Notification</u>:      Plaintiffs discussed the terms of this Agreement and release of claims with their legal counsel and Plaintiffs acknowledges that they have consulted with CSM Legal, P.C., Plaintiffs acknowledge that it is their choice to waive any claims in return for the benefits set forth herein and that they made this decision after careful thought and a reasonable period of time to consider this Agreement, and after an opportunity to consult with their attorneys.  Plaintiffs confirm that this Settlement Agreement and Release has been translated to them in Spanish and that they understand the terms of this Agreement and that they are signing this Agreement voluntarily.

10.      <u>Counterparts</u>:      To signify their agreement to the terms of this Agreement and Release, the parties have executed this Agreement on the date set forth opposite their signatures, which appear below.  This Agreement may be executed in two or more counterparts and each of such counterparts, for all purposes, shall be deemed to be an original but all of such counterparts together shall constitute but one and the same instrument, binding upon all parties hereto, notwithstanding that all of such parties may not have executed the same counterpart.  This agreement may also be executed by facsimile or electronic transmission.

## PLAINTIFFS

By: _____      Dated: _____

CALVIN ADONY MARIANO ESPINOZA

By: _____      Dated: _____

CESAR GUERRERO

By: _____      Dated: _____

JUAN MAURICIO GUZMAN

By: _____      Dated: _____

MELVIN JAVIER AGUILAR

By: _____      Dated: _____

MOISES MORALES FELIPE

By: _____      Dated: _____

EDWIN FABRICIO CASHABAMBA TUBON

9.    Release Notification:    Plaintiffs discussed the terms of this Agreement and release of claims with their legal counsel and Plaintiffs acknowledges that they have consulted with CSM Legal, P.C., Plaintiffs acknowledge that it is their choice to waive any claims in return for the benefits set forth herein and that they made this decision after careful thought and a reasonable period of time to consider this Agreement, and after an opportunity to consult with their attorneys. Plaintiffs confirm that this Settlement Agreement and Release has been translated to them in Spanish and that they understand the terms of this Agreement and that they are signing this Agreement voluntarily.

10.    Counterparts:    To signify their agreement to the terms of this Agreement and Release, the parties have executed this Agreement on the date set forth opposite their signatures, which appear below. This Agreement may be executed in two or more counterparts and each of such counterparts, for all purposes, shall be deemed to be an original but all of such counterparts together shall constitute but one and the same instrument, binding upon all parties hereto, notwithstanding that all of such parties may not have executed the same counterpart. This agreement may also be executed by facsimile or electronic transmission.

**PLAINTIFFS**

By: *Calvin Mariano*

CALVIN ADONY MARIANO ESPINOZA

Dated: *April 11, 2023*

By: _____

CESAR GUERRERO

Dated: _____

By: _____

JUAN MAURICIO GUZMAN

Dated: _____

By: _____

MELVIN JAVIER AGUILAR

Dated: _____

By: _____

MOISES MORALES FELIPE

Dated: _____

By: _____

EDWIN FABRICIO CASHABAMBA TUBON

Dated: _____

9.    Release Notification:        Plaintiffs discussed the terms of this Agreement and release of claims with their legal counsel and Plaintiffs acknowledges that they have consulted with CSM Legal, P.C., Plaintiffs acknowledge that it is their choice to waive any claims in return for the benefits set forth herein and that they made this decision after careful thought and a reasonable period of time to consider this Agreement, and after an opportunity to consult with their attorneys. Plaintiffs confirm that this Settlement Agreement and Release has been translated to them in Spanish and that they understand the terms of this Agreement and that they are signing this Agreement voluntarily.

10.    Counterparts:        To signify their agreement to the terms of this Agreement and Release, the parties have executed this Agreement on the date set forth opposite their signatures, which appear below. This Agreement may be executed in two or more counterparts and each of such counterparts, for all purposes, shall be deemed to be an original but all of such counterparts together shall constitute but one and the same instrument, binding upon all parties hereto, notwithstanding that all of such parties may not have executed the same counterpart. This agreement may also be executed by facsimile or electronic transmission.

**PLAINTIFFS**

By: _____       Dated: _____

CALVIN ADONY MARIANO ESPINOZA

By: _____       Dated: 03-31 23

CESAR GUERRERO

By: _____       Dated: _____

JUAN MAURICIO GUZMAN

By: _____       Dated: _____

MELVIN JAVIER AGUILAR

By: _____       Dated: _____

MOISES MORALES FELIPE

By: _____       Dated: _____

EDWIN FABRICIO CASHABAMBA TUBON

9.   Release Notification:   Plaintiffs discussed the terms of this Agreement and release of claims with their legal counsel and Plaintiffs acknowledges that they have consulted with CSM Legal, P.C., Plaintiffs acknowledge that it is their choice to waive any claims in return for the benefits set forth herein and that they made this decision after careful thought and a reasonable period of time to consider this Agreement, and after an opportunity to consult with their attorneys. Plaintiffs confirm that this Settlement Agreement and Release has been translated to them in Spanish and that they understand the terms of this Agreement and that they are signing this Agreement voluntarily.

10.   Counterparts:   To signify their agreement to the terms of this Agreement and Release, the parties have executed this Agreement on the date set forth opposite their signatures, which appear below. This Agreement may be executed in two or more counterparts and each of such counterparts, for all purposes, shall be deemed to be an original but all of such counterparts together shall constitute but one and the same instrument, binding upon all parties hereto, notwithstanding that all of such parties may not have executed the same counterpart. This agreement may also be executed by facsimile or electronic transmission.

## PLAINTIFFS

By: _____     Dated: _____

CALVIN ADONY MARIANO ESPINOZA

By: _____     Dated: _____

CESAR GUERRERO

By: _Juan Mauricio Guzman._     Dated: _04-21-23_

JUAN MAURICIO GUZMAN

By: _aguila_     Dated: _04-20-23_

MELVIN JAVIER AGUILAR

By: _____     Dated: _____

MOISES MORALES FELIPE

By: _____     Dated: _____

EDWIN FABRICIO CASHABAMBA TUBON

9.      Release Notification:      Plaintiffs discussed the terms of this Agreement and release of claims with their legal counsel and Plaintiffs acknowledges that they have consulted with CSM Legal, P.C., Plaintiffs acknowledge that it is their choice to waive any claims in return for the benefits set forth herein and that they made this decision after careful thought and a reasonable period of time to consider this Agreement, and after an opportunity to consult with their attorneys.  Plaintiffs confirm that this Settlement Agreement and Release has been translated to them in Spanish and that they understand the terms of this Agreement and that they are signing this Agreement voluntarily.

10.      Counterparts:      To signify their agreement to the terms of this Agreement and Release, the parties have executed this Agreement on the date set forth opposite their signatures, which appear below.  This Agreement may be executed in two or more counterparts and each of such counterparts, for all purposes, shall be deemed to be an original but all of such counterparts together shall constitute but one and the same instrument, binding upon all parties hereto, notwithstanding that all of such parties may not have executed the same counterpart.  This agreement may also be executed by facsimile or electronic transmission.

**PLAINTIFFS**

By: _____      Dated: _____
CALVIN ADONY MARIANO ESPINOZA

By: _____      Dated: _____
CESAR GUERRERO

By: _____      Dated: _____
JUAN MAURICIO GUZMAN

By: _____      Dated: _____
MELVIN JAVIER AGUILAR

By: _____      Dated: 3/ 31/ 23
MOISES MORALES FELIPE

By: _____      Dated: _____
EDWIN FABRICIO CASHABAMBA TUBON

9.      Release Notification:      Plaintiffs discussed the terms of this Agreement and release of claims with their legal counsel and Plaintiffs acknowledges that they have consulted with CSM Legal, P.C., Plaintiffs acknowledge that it is their choice to waive any claims in return for the benefits set forth herein and that they made this decision after careful thought and a reasonable period of time to consider this Agreement, and after an opportunity to consult with their attorneys. Plaintiffs confirm that this Settlement Agreement and Release has been translated to them in Spanish and that they understand the terms of this Agreement and that they are signing this Agreement voluntarily.

10.      Counterparts:      To signify their agreement to the terms of this Agreement and Release, the parties have executed this Agreement on the date set forth opposite their signatures, which appear below. This Agreement may be executed in two or more counterparts and each of such counterparts, for all purposes, shall be deemed to be an original but all of such counterparts together shall constitute but one and the same instrument, binding upon all parties hereto, notwithstanding that all of such parties may not have executed the same counterpart. This agreement may also be executed by facsimile or electronic transmission.

**PLAINTIFFS**

By: _____

CALVIN ADONY MARIANO ESPINOZA

Dated: _____

By: _____

CESAR GUERRERO

Dated: _____

By: _____

JUAN MAURICIO GUZMAN

Dated: _____

By: _____

MELVIN JAVIER AGUILAR

Dated: _____

By: _____

MOISES MORALES FELIPE

Dated: _____

By: _____

EDWIN FABRICIO CASHABAMBA TUBON

Dated:
0 4 / 0 6 / 2 3
_____

By: _Ramon Rosales Galvez_  Dated: 3/27/23
_____      _____
RAMON ROSALES GALVEZ

By: _____      Dated: _____

JIMMY AGUILAR

By: _____      Dated: _____

ARNOL GARCIA

By: _____      Dated: _____

MARVIN AMADOR

By: _____      Dated: _____

PORFIRIO PEREZ ROSARIO

By: _____      Dated: _____

LARRLY GREEN CRISANTO

By: _____      Dated: _____

WALTER AGUILAR

By: _____      Dated: _____

RAMON RUIZ

**DEFENDANT**

By: _____      Dated: _____

_____      _____
SALIH OZEN
A.K.A KADIR OZEN

By: _____    Dated: _____

RAMON ROSALES GALVEZ

By: _~Ronald A. Aguilar~_    Dated: 03/27/2023.

RONALD AGUILAR

By: _____    Dated: _____

JIMMY AGUILAR

By: _____    Dated: _____

ARNOL GARCIA

By: _____    Dated: _____

MARVIN AMADOR

By: _____    Dated: _____

PORFIRIO PEREZ ROSARIO

By: _____    Dated: _____

LARRLY GREEN CRISANTO

By: _____    Dated: _____

WALTER AGUILAR

By: _____    Dated: _____

RAMON RUIZ

**DEFENDANT**

By: _____    Dated: _____

SALIH OZEN
A.K.A KADIR OZEN

By: _____                    Dated: _____

RAMON ROSALES GALVEZ


By: _____                    Dated: _____

RONALD AGUILAR

By: _Jimmy Aguilar_____                    Dated: _____4/21/2023_____

JIMMY AGUILAR


By: _____                    Dated: _____

ARNOL GARCIA


By: _____                    Dated: _____

MARVIN AMADOR


By: _____                    Dated: _____

PORFIRIO PEREZ ROSARIO


By: _____                    Dated: _____

LARRLY GREEN CRISANTO


By: _____                    Dated: _____

WALTER AGUILAR


By: _____                    Dated: _____

RAMON RUIZ


**DEFENDANT**


By: _____                    Dated: _____

SALIH OZEN
A.K.A KADIR OZEN

By: _____

RAMON ROSALES GALVEZ

Dated: _____

By: _____

RONALD AGUILAR

Dated: _____

By: _____

JIMMY AGUILAR

Dated: _____

By: _____

ARNOL GARCIA

Dated: **04/12/2023**

By: _____

MARVIN AMADOR

Dated: _____

By: _____

PORFIRIO PEREZ ROSARIO

Dated: _____

By: _____

LARRLY GREEN CRISANTO

Dated: _____

By: _____

WALTER AGUILAR

Dated: _____

By: _____

RAMON RUIZ

Dated: _____

**DEFENDANT**

By: _____

SALIH OZEN
A.K.A KADIR OZEN

Dated: _____

By: _____     Dated: _____

RAMON ROSALES GALVEZ


By: _____     Dated: _____

RONALD AGUILAR


By: _____     Dated: _____

JIMMY AGUILAR


By: _____     Dated: _____

ARNOL GARCIA


By: _MARVIN AMADOR_____     Dated:   3/27/2023

MARVIN AMADOR


By: _____     Dated: _____

PORFIRIO PEREZ ROSARIO


By: _____     Dated: _____

LARRLY GREEN CRISANTO


By: _____     Dated: _____

WALTER AGUILAR


By: _____     Dated: _____

RAMON RUIZ


**DEFENDANT**


By: _____     Dated: _____

SALIH OZEN
A.K.A KADIR OZEN

By: _____     Dated: _____

RAMON ROSALES GALVEZ


By: _____     Dated: _____

RONALD AGUILAR

By: _____     Dated: _____

JIMMY AGUILAR

By: _____     Dated: _____

ARNOL GARCIA

By: _____     Dated: _____

MARVIN AMADOR

By: _____     Dated: _____

PORFIRIO PEREZ ROSARIO

By: _____     Dated: _____

LARRLY GREEN CRISANTO

By: _____     Dated: _____

WALTER AGUILAR

By: _____     Dated: _____

RAMON RUIZ


**DEFENDANT**


By: _____     Dated: _____

SALIH OZEN
A.K.A KADIR OZEN

By: _____     Dated: _____

RAMON ROSALES GALVEZ


By: _____     Dated: _____

RONALD AGUILAR


By: _____     Dated: _____

JIMMY AGUILAR


By: _____     Dated: _____

ARNOL GARCIA


By: _____     Dated: _____

MARVIN AMADOR


By: _____     Dated: _____

PORFIRIO PEREZ ROSARIO


By: _____     Dated: _____3/27/2023_____

LARRLY GREEN CRISANTO


By: _____     Dated: _____

WALTER AGUILAR


By: _____     Dated: _____

RAMON RUIZ


**DEFENDANT**


By: _____     Dated: _____

SALIH OZEN
A.K.A KADIR OZEN

By: _____    Dated: _____

RAMON ROSALES GALVEZ


By: _____    Dated: _____

RONALD AGUILAR


By: _____    Dated: _____

JIMMY AGUILAR


By: _____    Dated: _____

ARNOL GARCIA


By: _____    Dated: _____

MARVIN AMADOR


By: _____    Dated: _____

PORFIRIO PEREZ ROSARIO


By: _____    Dated: _____

LARRLY GREEN CRISANTO

By: *Walter Aguilar*    Dated: 3/31/2023

WALTER AGUILAR


By: _____    Dated: _____

RAMON RUIZ


**DEFENDANT**


By: _____    Dated: _____

SALIH OZEN
A.K.A KADIR OZEN

By: _____    Dated: _____

RAMON ROSALES GALVEZ


By: _____    Dated: _____

RONALD AGUILAR

By: _____    Dated: _____

JIMMY AGUILAR

By: _____    Dated: _____

ARNOL GARCIA

By: _____    Dated: _____

MARVIN AMADOR

By: _____    Dated: _____

PORFIRIO PEREZ ROSARIO

By: _____    Dated: _____

LARRLY GREEN CRISANTO

By: _____    Dated: _____

WALTER AGUILAR

By: _R. Ruiz_____    Dated: _4/21/23_____

RAMON RUIZ

**DEFENDANT**

By: _____    Dated: _____

SALIH OZEN
A.K.A KADIR OZEN

By: _____

Dated: _____

RAMON ROSALES GALVEZ


By: _____

Dated: _____

RONALD AGUILAR


By: _____

Dated: _____

JIMMY AGUILAR


By: _____

Dated: _____

ARNOL GARCIA


By: _____

Dated: _____

MARVIN AMADOR


By: _____

Dated: _____

PORFIRIO PEREZ ROSARIO


By: _____

Dated: _____

LARRLY GREEN CRISANTO


By: _____

Dated: _____

WALTER AGUILAR


By: _____

Dated: _____

RAMON RUIZ


**DEFENDANT**

By: _____

Dated:
04/14/2023
_____

SALIH OZEN
A.K.A KADIR OZEN

# EXHIBIT A

Settlement Allocation

| CLIENTS | $27,666.67 |
|---|---|
| Calvin Mariano | $1,565.29 |
| Cesar Guerrero | $1,849.84 |
| Edwin Cashabama | $2,274.95 |
| Juan Maurcio Guzman | $1,458.76 |
| Melvin Aguilar | $2,259.04 |
| Moises Morales | $1,234.81 |
| Ramon Rosales | $1,739.70 |
| Ronald Aguilar | $1,446.50 |
| Jimmy Aguilar | $1,551.35 |
| Arnol Garcia | $1,991.87 |
| Marvin Amador | $1,925.65 |
| Porfirio Perez | $2,631.90 |
| Larrly Green | $1,660.96 |
| Ramon Ruiz | $2,423.10 |
| Walter Aguilar | $1,652.96 |